IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| NATASHA M. BENTUBO, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 120680C |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION** |

This matter is before the court on its Order, filed November 6, 2012, stating that within

14 days of the date of its Order, Plaintiff shall submit to the court with a copy to Defendant her

acceptance of Defendant's Recommendation, request to withdraw or three mutually convenient

trial dates. The court's Order further stated that if Plaintiff failed to comply with the court's

Order, the court would issue a decision, accepting Defendant's Recommendation.

As of this date, Plaintiff has not filed a response to the court's Order. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff is entitled to an additional income

tax refund in the amount of $1,155 with statutory interest for tax year 2011.

Dated this _____ day of November 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on November 26, 2012. The Court filed and entered this document on November 26, 2012.*